Certificate Number: 05781-OHN-DE-041503465

Bankruptcy Case Number: 26-13297

05781-OHN-DE-041503465

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2026, at 9:12 o'clock PM PDT, Deangelus Clay completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: September 29, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President